# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

C.M.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2518

_____

October 31, 2025

Appeal from the Circuit Court for Pinellas County; Kimberly Campbell, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.